UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 14-46182 |
| | ) | |
| DONALD EUGENE SALLEE, II | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby appears as Attorney for the Creditor, **ARDMORE HOLDINGS, LLC.**, in this case and requests that all further notices in this case and all papers served be given and served upon him for said Creditors as follows:

Leonard Komen
13321 North Outer 40 Rd., Ste. 100
Town & Country, MO 63017
Tel: (314) 492-6300
Fax: (314) 786-1201
lenkomen@komenlaw.com

This request includes not only notices and documents pursuant to Bankruptcy Rules, but further includes orders and notices of any application, motion, petition, request, or demand, whether formal or informal, written or oral, and whether transmitted by electronic mail, regular mail, personal service, telephone, facsimile transmission

LAW OFFICES OF
LEONARD KOMEN, P.C.
/s/ Leonard Komen    MBEN: 20509
13321 North Outer 40 Rd., Ste. 100
Town & Country, MO 63017
Tel: (314) 492-6300
Fax: (314) 786-1201
lenkomen@komenlaw.com

1

## CERTIFICATE OF SERVICE

Signature above certifies that a true copy hereof was served October 20, 2014, by ECF, Notice of Electronic Filing on Paul A. Randolph, U.S. Trustee, 111 South 10th Street, Suite 6353, St. Louis, Missouri 63102, USTPRegion13.SL.ECF @USDOG.gov, to those other parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System, and by first class United States mail, postage prepaid, the same date to those parties below who are not represented by an attorney or who have requested notice but are not participating in the ECF System:

(None)