# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>Donald E. Sallee, II<br><br>　　　　　Debtor. | In Proceedings Under Chapter 7<br>Hon. Charles E. Rendlen, III<br><br>Case No. 14-46182-705　#21<br><br><br><br>**ORDER** |

Came for hearing the Motion of ***Creditor, Ardmore Holdings LLC, for extension of Time to object to Debtor's Discharge, Challenge Dischargeability or File a Motion to Convert*** (the "Motion"). Upon the Motion, the objection thereto filed by the Debtor, the argument of the parties, and for good cause having been shown, the Court finds as follows:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as provided herein.

**IT IS HEREBY ORDERED** that, subject to further order of this Court upon timely application, the deadline by which Ardmore Holdings, LLC may file an action to object to dischargeability of any debt owed by Debtor's to Ardmore Holdings, LLC under 11 U.S.C. §523, or to object to the entry of an order of discharge under 11 U.S.C. §727, or to file a motion to convert is hereby extended through and including December 19, 2014.

**SO ORDERED:**

DATED: November 26, 2014　　　　　　　　　　　　CHARLES E. RENDLEN, III
St. Louis, Missouri 63102　　　　　　　　　　　　　　U.S. Bankruptcy Judge
mtc

Order prepared by:

Robert A. Breidenbach (ARN 41557MO, MBE 41557)
Goldstein & Pressman, P.C.
10326 Old Olive Street Road
St. Louis, MO 63141-5922
FAX: (314) 727-1447
(314) 727-1717
rab@goldsteinpressman.com


Copies to:

Robert A. Breidenbach
10326 Old Olive Street Road
St. Louis, MO 63141-5922

Leonard Komen
Law Offices of Leonard Komen, P.C.
13321 North Outer 40 Rd., Ste. 100
Town & Country, MO 63017

Kristin J. Conwell, Chapter 7 Trustee
P.O. Box 56550
St. Louis, MO 63156

Office of U.S. Trustee
111 South 10th Street, Suite 6353
St. Louis, MO  63102

Donald E. Sallee, II
7 Lindworth Drive
St. Louis, MO 63124