UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No: 14-46182 |
| DONALD EUGENE SALLEE, II | ) |
| | ) Chapter 7 |
| Debtor | ) |

WITHDRAWAL OF CLAIM NO. 5

Ardmore Holdings, LLC, as creditor, withdraws its Proof of Claim No. 5 in this case in that it is a duplicate of Proof of Claim No. 4, which the creditor retains.

LAW OFFICES OF
LEONARD KOMEN, P.C.

_/s/ Leonard Komen_

Leonard Komen, MBE #20509
16105 Swingley Ridge Rd., #67
Chesterfield MO 63006
(314) 651-1601
email: lenkomen@komenlaw.com
Attorney for Complainant

CERTIFICATE OF SERVICE

Signature above certifies that a true copy hereof was served April 12, 2016 by electronic filing and CM/ECF filing upon all registered parties in interest in this case. There are no parties who are no represented by an attorney or who have requested notice by mail outside the court's ECF filing system.