UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | Case No. 14-46182-CER |
| | ) | |
| Donald Eugene Sallee, II | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**AMENDED MOTION TO DELIVER UNCLAIMED
FUNDS TO THE REGISTRY OF THE COURT**

COMES NOW Kristin J. Conwell, duly appointed Chapter 7 Trustee herein, by and through her attorney Kevin M. Doyle, and for her Motion to Deliver Unclaimed Funds to the Registry of the Court states as follows:

1. The Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.

2. On August 5, 2014, the debtor filed a voluntary Chapter 7 petition under the provisions of Title 11 of the United States Code.

3. Kristin J. Conwell was appointed as Chapter 7 Trustee.

4. On June 17, 2016, Trustee Conwell filed her Trustee's Final Report ("TFR") with the Office of the United States Trustee.

5. On July 21, 2016, Trustee Conwell's TFR was approved by this Court.

6. On August 1, 2016, a distribution check was issued to Creditor Ardmore Holdings, LLC.

7. Subsequent to the issuance of the check, Creditor's attorney informed Trustee that he has been unable to reach his client.

8. Similarly, Trustee has made numerous inquiries and she too is unable to locate Creditor.

9. Trustee Conwell has stopped payment on the unpaid check.

10. Bankruptcy Rule 3011 states the following:

"The trustee shall file a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is paid into court pursuant to §347(a) of the Code."

11. Attached hereto and incorporated therein as "Exhibit A" is Trustee Conwell's Unclaimed Funds Report.

WHEREFORE, Trustee Kristin J. Conwell requests that the Court approve the Trustee's Motion to Deliver Unclaimed Funds to the Registry of the Court and instruct her to deliver the estate's check in the total amount of $9,879.72 representing the unclaimed funds and interest earned thereon, if any, to the Registry of the Court pursuant to 11 U.S.C. §347 (a) and Bankruptcy Rule 3011.

December 16, 2016                                   Respectfully submitted:

                                                    /s/Kevin M. Doyle
                                                    Kevin M. Doyle #6289395IL
                                                    Conwell Law Firm, LLC
                                                    P.O. Box 56550
                                                    Saint Louis, MO 63156
                                                    (314) 652-1120
                                                    kevin@conwellfirm.com

Certificate of Service

      I hereby certify that a true and correct copy of the foregoing has been mailed first class, United States mail, postage prepaid and/or electronic notice on December 16, 2016, to the following:

Donald Eugene Sallee, II
7 Lindworth Dr
St. Louis, MO 63124-1453

Robert A. Breidenbach
Goldstein and Pressman
10326 Old Olive Street Road
St. Louis, MO 63141-5922

Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

Ardmore Holdings, LLC
16105 Swingley Ridge Road #67
Chesterfield MO 63006

Ardmore Finance Corporation
Andrew Doehring
1011 South Fifth Street
St. Charles, MO 63301

Andrew Doehring
16208 Wynncrest Ridge Ct.
Wildwood, MO 63005

                                                /s/Kevin M. Doyle

## EXHIBIT A

| Issued to: | Check #: | Amount: |
|---|---|---|
| Ardmore Holdings, Llc<br>201 South Central, Ste. 200<br>Clayton, MO 63105 | 1005 | $9,879.72 |